Dismissed and Memorandum Opinion filed December 15, 2005









Dismissed and Memorandum Opinion filed December 15,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01062-CV

____________

 

DARBI MOSLEY,
Appellant

 

V.

 

LINDA PIPKIN,
Appellee

 



 

On Appeal from the
County Court at Law No. 1

Harris County, Texas

Trial Court Cause No.
773,502

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed October 11,
2005, denying appellant=s motion to release funds from the registry of the trial
court.  The judgment in the record before
this court does not reflect Mosley is entitled to seek funds on behalf of the
minor, J.M.  Accordingly, we find
appellant is without standing to bring this appeal. 

On October 19, 2005, notification was transmitted to all
parties of the Court=s intent to dismiss the appeal for want of jurisdiction.  See Tex.
R. App. P. 42.3(a).  Appellant
filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 15, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.